(Rev. 6/12/13)

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
Lafayette          DIVISION

Neale Misquitta
_____
Plaintiff

VS.

Warden, Pine Prairie ICE Processing Center
_____
Defendant

Case No. 6:18-CV-01175

Judge _____

Magistrate Judge _____

## ORDER

IT IS ORDERED that  Bradley Banias _____ be and is hereby admitted to the bar of this Court pro hac vice on behalf of  Neale Misquitta _____ _____ in the above described action.

SO ORDERED on this, the  12th  day of  September , 2018 .

_____
U.S. Magistrate Judge