UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

Neale Misquitta,                            )       C/A No.: 6:18-cv-1175-RRS-PJH
                                            )
                        Petitioner,         )
                                            )
            v.                              )
                                            )
Warden, Pine Prairie ICE Processing Center,)
                                            )
                        Respondent.         )
_____  )

## ORDER

Pursuant to Local Rule 83.2.11 and the contents of the joint motion for substitution, this

Court GRANTS such motion.

IT IS SO ORDERED THAT William Most will be substituted as counsel of record and

Rose Murray will be withdrawn.

IT IS SO ORDERED.

September 28th, 2018

_____
The Honorable Patrick J. Hanna
U.S. Magistrate Judge