# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

**NEALE MISQUITTA**                                      **CASE NO. 6:18-CV-01175 SEC P**

**VERSUS**                                              **JUDGE SUMMERHAYS**

**WARDEN PINE PRAIRIE ICE**                          **MAGISTRATE JUDGE HANNA**
**PROCESSING CENTER**

### ORDER SETTING HEARING ON MOTION FOR TEMPORARY RESTRIANING ORDER WITH NOTICE OR PRELIMINARY INJUNCTION

Presently before the court is the Motion for a Temporary Restraining Order with Notice or Preliminary Injunction [see doc 8] filed by Petitioner Neale Misquitta.

The court believes that a hearing on the matter is necessary. Accordingly, a hearing on the Motion for a Temporary Restraining Order with Notice or Preliminary Injunction will be held on Friday, October 19, 2018 at 10:00 a.m.

THUS DONE in Chambers on this 4th day of October, 2018.

_____
Robert R. Summerhays
United States District Judge