UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| Neale Misquitta, | ) | C/A No.: 6:18-cv-1175-RRS-PJH |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Warden, Pine Prairie ICE Processing Center, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

## Order

Petitioner Neale Misquitta now seeks to withdraw his request for an order requiring the Respondent to transport him to the United States District Court for the Western District of Louisiana, Lafayette Division, for the October 19, 2018 hearing. Based on the discussion at the October 15, 2018 status conference, this Court GRANTS this request.

IT IS SO ORDERED THAT THE Petitioner's motion for a writ of habeas corpus ad testificandum is WITHDRAWN.

IT IS SO ORDERED.

October 18, 2018

The Honorable Robert R. Summerhays
U.S. District Judge