# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE DIVISION

**NEALE MISQUITTA**                          **CASE NO. 6:18-CV-01175 SEC P**

**VERSUS**                                   **JUDGE SUMMERHAYS**

**WARDEN PINE PRAIRIE ICE**                  **MAGISTRATE JUDGE HANNA**
**PROCESSING CENTER**

## ORDER DENYING MOTION FOR TEMPORARY RESTRAINING ORDER WITH NOTICE OR PRELIMINARY INJUNCTION

For the reasons stated in the Memorandum Ruling on Motion for Temporary Restraining Order with Notice or Preliminary Injunction entered this day into the record of this proceeding,

IT IS ORDERED THAT the Motion for Temporary Restraining Order with Notice or Preliminary Injunction (Doc. 8) filed by Neale Misquitta is **DENIED**.

THUS DONE in Chambers on this 16th day of November, 2018.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE