UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| Neale Misquitta, ) | C/A No.: 6:18-cv-1175-RRS-PJH |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | |
| ) | |
| Warden, Pine Prairie ICE Processing Center, ) | |
| ) | |
| Respondent. ) | |
| ) | |

**NOTICE OF STIPULATED DISMISSAL**

Petitioner won relief in his underlying removal proceedings. Today Petitioner is a lawful permanent resident of the United States; in fact, he never lost such status. As such, Respondent released him from custody. The parties now stipulate to dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

May 2, 2019                    Respectfully Submitted,

s/Bradley B. Banias
BRADLEY B. BANIAS
Attorney
Barnwell Whaley Patterson & Helms, LLC
288 Meeting Street, Suite 200
Charleston, SC 20401
SC Bar No. 76653
P: 843.577.7700
F: 843.577.7708
Email: bbanias@barnwell-whaley.com

*Appearing pro hac vice*

s/William Most
WILLIAM MOST
Law Office of William Most, L.L.C.
201 St. Charles Ave., Ste. 114, # 101

1

New Orleans, Louisiana 70170
La. Bar No.: 36914
(504) 509-5023
williammost@gmail.com

Attorneys for Petitioner

>DAVID C. JOSEPH
>UNITED STATES ATTORNEY

BY: *s\Cristina Walker*
CRISTINA WALKER #8497
Assistant United States Attorney
300 Fannin Street, Suite 3201
Shreveport, Louisiana 71101-3068
(318) 676-3600

Attorneys for Respondent

**CERTIFICATE OF SERVICE**

I, Bradley B. Banias, confirm and certify that I served this motion to Assistant United States Attorney Cristina Walker via email.

May 2, 2019         Respectfully Submitted,

>s/Bradley B. Banias
>BRADLEY B. BANIAS
>Attorney
>Barnwell Whaley Patterson & Helms, LLC
>288 Meeting Street, Suite 200
>Charleston, SC 20401
>SC Bar No. 76653
>P: 843.577.7700
>F: 843.577.7708
>Email: bbanias@barnwell-whaley.com

2

*Appearing pro hac vice*