UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| Neale Misquitta, | ) | C/A No.: 6:18-cv-1175-RRS-PJH |
| Petitioner, | ) | |
| v. | ) | |
| Warden, Pine Prairie ICE Processing Center, | ) | |
| Respondent. | ) | |

**Order**

Based on the parties' stipulated dismissal, this Court now dismisses this case.

May 6, 2019

_____
The Honorable Robert R Summerhays
U.S. District Judge

1